for further consideration in light of *Miller-El* v. *Dretke, ante,* p. 231.

No. 04–1390. UNITED STATES v. SMITH. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gonzales* v. *Raich, ante,* p. 1.

No. 04–6176. ALLEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *California, ante,* p. 162.

No. 04–8323. HOLBROOK v. UNITED STATES. C. A. 4th Cir. Reported below: 368 F. 3d 415;

No. 04–10091. TEEPLES v. UNITED STATES. C. A. 9th Cir. Reported below: 111 Fed. Appx. 900;

No. 04–10103. JONES v. UNITED STATES. C. A. 7th Cir. Reported below: 389 F. 3d 753;

No. 04–10127. FOX v. UNITED STATES. C. A. 1st Cir. Reported below: 393 F. 3d 52; and

No. 04–10253. THOMAS v. UNITED STATES. C. A. 3d Cir. Reported below: 389 F. 3d 424. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).

No. D–2334. IN RE DISBARMENT OF LOCKENVITZ. Disbarment entered. [For earlier order herein, see 536 U. S. 975.]

No. D–2406. IN RE DISBARMENT OF POOLE. Disbarment entered. [For earlier order herein, see 543 U. S. 1140.]

No. D–2407. IN RE DISBARMENT OF SILVIA. Disbarment entered. [For earlier order herein, see 543 U. S. 1140.]

No. D–2408. IN RE DISBARMENT OF PIPPEN. Disbarment entered. [For earlier order herein, see 543 U. S. 1140.]

No. D–2409. IN RE DISBARMENT OF RICKARD. Disbarment entered. [For earlier order herein, see 543 U. S. 1141.]